IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SALEEMAH ABD ZAID ALSALLAMI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. CV 424-00103 |
| UR JADDOU, Director of USCIS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Pursuant to the Voluntary Dismissal Without Prejudice filed by the parties in the above-referenced action,

**IT IS HEREBY ORDERED** that said Dismissal is **APPROVED**, and this civil action is hereby **DISMISSED** without prejudice.

**SO ORDERED** this 9 day of August, 2024.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1